**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Terrell Denard Knightner, Petitioner.

Appellate Case No. 2023-001436

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
L. Casey Manning, Circuit Court Judge

---

Memorandum Opinion No. 2024-MO-020
Heard September 11, 2024 – Filed September 25, 2024

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Attorney General Mark Reynolds Farthing, and Solicitor Byron E. Gipson, all of Columbia, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *State v. Knightner*, Op. No. 2023-UP-161 (S.C. Ct. App. filed April 26, 2023). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL, JJ., and Acting Justice Jennifer Blanchard McCoy, concur.**